IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02979-AP

ROBERT R. TAMPOW,

    Plaintiff,

v.

MICHAEL ASTRUE,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN

---

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:    Christopher R. Alger
McDivitt Law Firm
1401 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 426-4878
calger@mcdivittlaw.com

For Defendant:          Jessica Milano
                        Special Assistant United States Attorney
                        Assistant Regional Counsel
                        Office of the General Counsel
                        Social Security Administration
                        1001 Seventeenth Street
                        Denver, CO 80202
                        Telephone: (303) 844-7136
                        jessica.milano@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

   A. Date Complaint Was Filed: November 13, 2012

   B. Date Complaint Was Served on U.S. Attorney's Office: November 19, 2012

   C. Date Answer and Administrative Record Were Filed: January 17, 2013

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The record is complete and accurate. The parties reserve the right to correct the record in the event it proves to be incomplete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate the need for additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSESOTHER MATTERS

This case raises no unusual claims or defenses.

## 7.         BRIEFING SCHEDULE

   A. Plaintiff's Opening Brief Due: March 6, 2013

   B. Defendant's Response Brief Due: April 5, 2013

   C. Plaintiff's Reply Brief Due: April 22, 2013

## 8. STATEMENTS REGARDING ORAL ARGUMENT

The parties do not request oral argument.

## 9. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction by a Magistrate Judge.

## 10. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties filing motions for extension of time or continuances must comply with D.C. COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated this 13th day of February, 2013

BY THE COURT:

S/ John L. Kane
_____
UNITED STATES DISTRICT JUDGE

APPROVED:

| ATTORNEY FOR THE PLAINTIFF: | UNITED STATES ATTORNEY: |
|---|---|
| s/ Christopher R. Alger<br>Christopher R. Alger<br>McDivitt Law Firm<br>1401 17th Street, Suite 300<br>Denver, CO 80202<br>Telephone: (303) 426-4878<br>calger@mcdivittlaw.com | /s Jessica Milano<br>By: Jessica Milano<br>Special Assistant United States Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, CO 80202<br>Telephone: (303) 844-7136<br>jessica.milano@ssa.gov |